UNITED STATES of America, Plaintiff–Appellee,

v.

Walter Guadalupe PLANCARTE– BARRERA, Defendant– Appellant.

No. 07–10568.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 9, 2010.

Brian Larson, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Walter Guadalupe Plancarte–Barrera, Florence, AZ, pro se.

Rafael F. Gallego, Law Offices of Rafael F. Gallego, Tucson, AZ, for Defendant– Appellant.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Walter Guadalupe Plancarte–Barrera appeals from his guilty-plea conviction and mid-guidelines 147–month sentence imposed for conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), & 846.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Plancarte–Barrera's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**